1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Amanda Seabock, Esq., SBN 289900
   Amanda Seabock, Esq., SBN 289900
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
5  (858) 375-7385
   (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love, | Case: 4:20-cv-06978-DMR |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| Hotel Des Arts, LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties; each Party to bear his/her/its own attorneys' fees and costs.

Dated: March 9, 2021          CENTER FOR DISABILITY ACCESS

                                                     By: /s/Amanda Lockhart Seabock
                                                        Amanda Lockhart Seabock
                                                        Attorneys for Plaintiff

Dated: March 9, 2021          HANSON BRIDGETT, LLP

                                                     By: /s/Celia L. Guzman
                                                        Celia L. Guzman
                                                        Attorneys for Defendant

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Celia Guzman and that I have obtained Ms. Guzman's authorization to affix his electronic signature to this document.

Dated: March 9, 2021          CENTER FOR DISABILITY ACCESS

                                                     By: /s/Amanda Lockhart Seabock
                                                        Amanda Lockhart Seabock
                                                        Attorneys for Plaintiff